# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JOSE SILVA, on behalf of himself and others similarly situated,

Plaintiff,

v.

UNIFUND CCR, LLC; and PILOT RECEIVABLES MANAGEMENT, LLC,

Defendants.

C14-799 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Order entered July 29, 2016, docket no. 40, defendants were directed to deposit into the Registry of the Court the sums owed to seven class members for whom current contact information was unavailable, as well as the amounts of any payments to other class members that were returned as undeliverable. The principal balance deposited into the Registry of the Court was $2,625.00. These funds were required to remain in the Registry of the Court for two years after the Finality Date, which was August 28, 2016. The two-year period has expired, and defendants may obtain the outstanding principal balance plus all accrued interest ($44.15 as of this date), minus any statutory users fees, by filing a motion pursuant to Local Civil Rule 67(b). The Court has been in telephonic communication with defendants' attorneys, specifically Bradley Fisher and Alan Abes, concerning this matter, but no Rule 67(b) motion has yet been filed. The Court therefore SETS a deadline of November 29, 2018, for defendants to file an appropriate motion for disbursement of the funds in the Registry of the Court. If no motion is timely filed, the funds will be forfeited to the Court.

MINUTE ORDER - 1

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of October, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2