The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE SILVA, on behalf of himself and others similarly situated,

Plaintiff,

vs.

UNIFUND CCR, LLC; and PILOT RECEIVABLES MANAGEMENT, LLC

Defendants.

C14-799-TSZ

ORDER FOR DISBURSEMENT OF REGISTRY FUNDS

Defendants' unopposed Motion for Disbursement of Registry Funds, docket no. 43, is GRANTED. In accordance with Local Civil Rule 67(b), the Clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $2,625.00 plus all accrued interest, minus any statutory users fees, payable to Unifund CCR, LLC, and mail or deliver the check to Unifund CCR, LLC at the address to be provided by its counsel of record.

IT IS SO ORDERED.

Dated this 18th day of December, 2018.

*[signature]*

Thomas S. Zilly
United States District Judge

ORDER FOR DISBURSEMENT OF REGISTRY
FUNDS - 1
4822-8824-0769v.2 0086760-000005

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

Davis Wright Tremaine LLP
Attorneys for Defendants

By *s/ Brad Fisher*
   Brad Fisher, WSBA #19895
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1610
   Telephone: 206.757.8042
   Fax: 206.757.7042
   E-mail: bradfisher@dwt.com

   Alan H. Abes *(Pro Hac Vice)*
   Dinsmore & Shohl LLP
   Attorneys for Defendants
   255 E. Fifth Street
   Suite 1900
   Cincinnati, OH 45202

ORDER FOR DISBURSEMENT OF REGISTRY
FUNDS - 2
4822-8824-0769v.2 0086760-000005

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax